United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 22, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-50050
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ELOY CANO-ZENDEJO,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. DR-02-CR-328-1-WWJ
--------------------

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM:[*]

Alberto M. Ramon, retained appellate counsel for Eloy Cano-Zendejo, has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Although he was notified of his counsel's motion, Cano has not filed a response.

Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, and counsel is excused

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

from further responsibilities herein.  The appeal is DISMISSED.

See 5TH CIR. R. 42.2.